| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>kmcdonald@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. |
| In Re:<br>Nina C. Boykin Jr.<br><br>                              Debtor |

Case No: <u>19-24572 RG</u>

Chapter: <u>13</u>

Judge: Rosemary Gambardella

**NOTICE OF APPEARANCE**

     Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC..  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

Date:09/09/2019                                               **/s/Rebecca A. Solarz, Esquire**
                                                                           Rebecca A. Solarz, Esquire
                                                                           **KML Law Group, P.C.**
                                                                           216 Haddon Avenue, Ste. 406
                                                                           Westmont, NJ 08108
                                                                           (609) 250-0700 (NJ)
                                                                           (215) 627-1322 (PA)
                                                                           FAX: (609) 385-2214
                                                                           Attorney for Movant/Applicant

*new 8/1/15*