| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. | Order Filed on September 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nina C. Boykin,<br><br>Debtor. | Case No.: 19-24572 RG<br>Adv. No.:<br>Hearing Date: 9/18/19 @ 8:30 a.m.<br><br>Judge: Rosemary Gambardella |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 23, 2019**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Page 2
Debtor:     Nina C. Boykin
Case No.:   19-24572 RG
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC., holder of a mortgage on real property located at 53 Rollinson Street, West Orange, New Jersey 07052, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtor, Nina C. Boykin, and for good cause having been shown;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by January 31, 2019, or as extended by a modified plan; and

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its right to object to a modified plan seeking said extension, or for any reason; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** Secured Creditor's total debtor claim shall be paid by the Chapter 13 trustee while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event a loan modification is unsuccessful, Debtor shall modify the plan to pay the total debt claim of Secured Creditor per the claim plus lawful interest;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to the proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.