UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: 973-675-5622 Fax: 408-519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

NINA C. BOYKIN, JR.,, DEBTOR(S)

Order Filed on November 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-24572 RG_

Chapter:    13_____

Judge:    GAMBARDELLA

# ORDER AUTHORIZING RETENTION OF

## GAIL SPENCE, ESQ.

The relief set forth on the following page is **ORDERED**.

**DATED: November 4, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain GAIL SPENCE, ESQ. as SPECIAL COUNSEL PERTAINING TO AN SOCIAL SECURITY DISABILITY ACTION_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:    GAIL SPENCE, ESQ.
    80 MAIN ST., #335_
    WEST ORANGE, NJ 07052_

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15