| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.: 19-24572 RG<br><br>Chapter: 13 |
| In Re:<br><br>NINA C. BOYKIN, JR., DEBTOR | Adv. No.: _____<br><br>Hearing Date: N/A<br><br>Judge: GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, _KENNETH RAYMOND :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for HERBERT B. RAYMOND, ESQ._, who represents the DEBTOR_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On NOVEMBER 10, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Authorizing Retention of Professional

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   NOVEMBER 10, 2019                                    /S/ KENNETH RAYMOND_
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Fairfield, N.J. 07004 | CHAPTER 13 TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Ste. 300<br>Highlands Ranch, CO 80129-2386<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: John Beggins, Chairman and CEO | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Loan Care Servicing<br>3637 Sentara Way # 303,<br>Virginia Beach, VA 23452<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: Dave Worrall, Ceo/President | MORTGAGE CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| McCabe, Weisberg & Conway, PC<br>216 Haddon Ave., Ste. 201<br>Westmont, NJ 08108 | ATTORNEYS FOR LOAN CARE SERVICING | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Name and Address of Party Served | Relationship of | Mode of Service |

|  | **Party to the Case** |  |
|---|---|---|
| Gail A. Spence, Esq.<br>80 Main Street, Ste. 335<br>West Orange, NJ 07052 | PROPOSED SPECIAL COUNSEL TO THE DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group<br>216 Haddon Avenue, Ste. 406,<br>Westmont, NJ 08108 | ATTORNEYS FOR FV-I, INC., IN TRUST FOR MORGAN STANLEY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nina Boykin<br>53 Rollinson St.<br>West Orange, NJ 07052 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Synchrony Bank<br>C/o PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | INTERESTED PARTY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: 973-675-5622 Fax: 408-519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on November 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NINA C. BOYKIN, JR.,, DEBTOR(S)

Case No.:    19-24572 RG

Chapter:    13

Judge:    GAMBARDELLA

---

## ORDER AUTHORIZING RETENTION OF

## GAIL SPENCE, ESQ.

The relief set forth on the following page is **ORDERED**.

DATED: November 4, 2019

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain GAIL SPENCE, ESQ. as SPECIAL COUNSEL PERTAINING TO AN SOCIAL SECURITY DISABILITY ACTION_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   GAIL SPENCE, ESQ.
                                                80 MAIN ST., #335_
                                                WEST ORANGE, NJ 07052_

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*