HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-24572

Re:   NINA C BOYKIN, JR.                         Atty:  HERBERT B. RAYMOND, ESQ.
      53 ROLLINSON STREET                                7 GLENWOOD AVENUE
      WEST ORANGE,  NJ  07052                            4TH FLOOR SUITE 408
                                                         EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/26/2019 | $350.00 | 6117852000 | 09/27/2019 | $350.00 | 6203785000 |
| 10/24/2019 | $350.00 | 6275344000 | 11/27/2019 | $350.00 | 6357630000 |
| 11/29/2019 | $350.00 | 6357630000 | 11/29/2019 | ($350.00) | 6357630000 |

**Total Receipts: $1,400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 55.65 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,400.00 | 100.00% | 1,344.35 | 2,055.65 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CITIBANK NA | UNSECURED | 496.61 | 100.00% | 0.00 | 496.61 |
| 0004 | CITIBANK, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 485.84 | 100.00% | 0.00 | 485.84 |
| 0006 | COMENITY BANK/AVENUE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 476.08 | 100.00% | 0.00 | 476.08 |
| 0010 | NEW YORK STATE THRUWAY AUTHORITY | UNSECURED | 228.20 | 100.00% | 0.00 | 228.20 |
| 0014 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 208.76 | 100.00% | 0.00 | 208.76 |
| 0021 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | LOANCARE, LLC | MORTGAGE ARR | 20,954.71 | 100.00% | 0.00 | 20,954.71 |
| 0023 | MIDLAND FUNDING LLC | UNSECURED | 6,545.77 | 100.00% | 0.00 | 6,545.77 |
| 0025 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | PAYPAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 38,342.00 | 100.00% | 0.00 | 38,342.00 |
| 0032 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-24572**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0040 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 279.66 | 100.00% | 0.00 | 279.66 |
| 0045 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 623.55 | 100.00% | 0.00 | 623.55 |

**Total Paid: $1,400.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $1,400.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,400.00    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.