UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

**Order Filed on March 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:    _____

Chapter:     _____

Judge:       _____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:   _____

Creditor:   _____

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2