Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–24572–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nina C Boykin Jr.
  53 Rollinson Street
  West Orange, NJ 07052

Social Security No.:
  xxx–xx–1980

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/20/20 at 10:00 AM

to consider and act upon the following:

**46** – debtor's attorney's letter in Opposition to (related document:45 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of FV–I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC.. Objection deadline is 3/31/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)OUTDATED BANKRUPTCY FORM USED. Modified on 3/25/2020 (car). filed by Creditor FV–I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC.) filed by Herbert B. Raymond on behalf of Nina C Boykin Jr.. (Raymond, Herbert)

Dated: 3/31/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court