Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24572−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nina C Boykin Jr.
    53 Rollinson Street
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−1980

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/15/20 at 10:00 AM

to consider and act upon the following:

**53** − Objection to Application to Extend Loss Mitigation Period (related document:52 Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Nina C Boykin Jr.. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order allowing extension of loss mitigation # 2 Certificate of Service) filed by Debtor Nina C Boykin) filed by Lauren Moyer on behalf of LoanCare, LLC. (Attachments: # 1 Certificate of Service # 2 Exhibit "A" # 3 Exhibit "B") (Moyer, Lauren)

Dated: 6/9/20

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court