Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–24572–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nina C Boykin Jr.
   53 Rollinson Street
   West Orange, NJ 07052

Social Security No.:
   xxx–xx–1980

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/15/20 at 10:00 AM

to consider and act upon the following:

*53* – Objection to Application to Extend Loss Mitigation Period (related document:52 Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Nina C Boykin Jr.. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order allowing extension of loss mitigation # 2 Certificate of Service) filed by Debtor Nina C Boykin) filed by Lauren Moyer on behalf of LoanCare, LLC. (Attachments: # 1 Certificate of Service # 2 Exhibit "A" # 3 Exhibit "B") (Moyer, Lauren)

Dated: 6/9/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-24572-RG
Nina C Boykin, Jr.                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1          Date Rcvd: Jun 09, 2020
                               Form ID: ntchrgbk         Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db            +Nina C Boykin, Jr.,   53 Rollinson Street,   West Orange, NJ 07052-4625
aty           +GAIL SPENCE, ESQ.,   80 MAIN ST., #335_,   WEST ORANGE,, NJ 07052-5414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 23:43:46
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Nina C Boykin, Jr. herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Lauren  Moyer    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 7