UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M.
Raymond; Kevin DeLyon
Attorneys for the Debtor(s)

**Order Filed on September 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 19-24572 RG |
| NINA C. BOYKIN, JR., DEBTOR(S) | Adv. No.: |
| | Hearing Date: 9/2/20 @ 10:00 A.M. |
| | Judge: ROSEMARY GAMBARDELLA |

ORDER PROVIDING FOR WITHDRAWAL OF COUNSEL

The relief set forth on the following pages, two (2) through two (2) is
hereby **ORDERED**.

DATED: September 8, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Nina C. Boykin, Jr., Debtor(s)
Case no.: 19-24572 RG
Adv. Pro.:
Caption of order: Order Providing for the Withdrawal of Herbert
B. Raymond, Esq. and Raymond and Raymond, Esqs., as Attorneys for
the Debtor
_____

    1. That the motion be and is hereby granted and that

Herbert B. Raymond, Esq., and Raymond and Raymond, Esqs., be and

are hereby deemed to be withdrawn as record counsel for the

Debtor in this Chapter 13 case.