| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin DeLyon<br>Attorneys for the Debtor(s) | **Order Filed on September 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NINA C. BOYKIN, JR., DEBTOR(S) | Case No.: 19-24572 RG<br><br>Adv. No.:<br><br>Hearing Date: 9/2/20 @ 10:00 A.M.<br><br>Judge: ROSEMARY GAMBARDELLA |

ORDER PROVIDING FOR WITHDRAWAL OF COUNSEL

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: September 8, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Nina C. Boykin, Jr., Debtor(s)
Case no.: 19-24572 RG
Adv. Pro.:
Caption of order: Order Providing for the Withdrawal of Herbert B. Raymond, Esq. and Raymond and Raymond, Esqs., as Attorneys for the Debtor
_____

1. That the motion be and is hereby granted and that Herbert B. Raymond, Esq., and Raymond and Raymond, Esqs., be and are hereby deemed to be withdrawn as record counsel for the Debtor in this Chapter 13 case.

United States Bankruptcy Court
District of New Jersey

In re:  
Nina C Boykin, Jr.  
    Debtor

Case No. 19-24572-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 09, 2020  
                 Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
```
db             +Nina C Boykin, Jr.,    53 Rollinson Street,    West Orange, NJ 07052-4625
aty            +GAIL SPENCE, ESQ.,     80 MAIN ST., #335_,     WEST ORANGE,, NJ 07052-5414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lauren  Moyer    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                         TOTAL: 6