| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:  Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC | Order Filed on September 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>  Nina C. Boykin Jr.,<br>  Debtor. | Case No.:   19-24572 RG<br>Judge:   Rosemary Gambardella<br>Chapter:   13<br>Hg. Date:  9/16/20 |

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 5, 2019:

Property: 53 Rollinston Street, West Orange, NJ 07052

Creditor: Specialized Loan Servicing, LLC, as servicer for FV-I, Inc. in trust for Morgan Stanely Mortgage Captial Holdings LLC

and a Request for

❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, and for good cause shown,

It is hereby **ORDERED** that,

☐ The Loss Mitigation Period is extended up to and including

■ The Loss Mitigation Period is terminated as of September 16, 2020.

And it is further **ORDERED** that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.