| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:  Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC | Order Filed on September 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Nina C. Boykin Jr.,<br><br>  Debtor. | Case No.:    19-24572 RG<br><br>Judge:    Rosemary Gambardella<br><br>Chapter:    13<br><br> Hg. Date:  9/16/20 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 5, 2019:

Property: 53 Rollinston Street, West Orange, NJ 07052

Creditor: Specialized Loan Servicing, LLC, as servicer for FV-I, Inc. in trust for Morgan Stanely Mortgage Captial Holdings LLC

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, and for good cause shown,

It is hereby **ORDERED** that,

☐ The Loss Mitigation Period is extended up to and including

■ The Loss Mitigation Period is terminated as of September 16, 2020.

And it is further **ORDERED** that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

United States Bankruptcy Court
District of New Jersey

In re:  
Nina C Boykin, Jr.  
    Debtor

Case No. 19-24572-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 22, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.  
db          +Nina C Boykin, Jr.,  53 Rollinson Street,  West Orange, NJ 07052-4625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:

     Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Herbert B. Raymond    on behalf of Interested Party Herbert  Raymond herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
     Lauren  Moyer    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Marie-Ann  Greenberg    magecf@magtrustee.com  
     Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. rsolarz@kmllawgroup.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 7