UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CONWAY, LLC
By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Movant: LoanCare, LLC

In Re:
Nina C Boykin, Jr.
 Debtor

Case No.: 19-24572-RG

Chapter: 13

Judge: Gambardella

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 1, 2020 :

Property: 53 Rollinson Street, West Orange, NJ 07052

Creditor: LoanCare, LLC

and a Request for

☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☐ The Loss Mitigation Period is extended up to and including _____.

☒ The Loss Mitigation Period is terminated, effective September 16, 2020 .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2