Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−35622−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Walter S. Kelly                                    Iris D Kelly
   419 Highland Avenue                      aka Iris D Johnson
   Clifton, NJ 07011                            419 Highland Avenue
                                                      Clifton, NJ 07011

Social Security No.:
   xxx−xx−2393                                       xxx−xx−8921

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/19 at 10:00 AM

to consider and act upon the following:

**68** − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

**70** − Certification in Opposition to Certification of Default (related document:68 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Iris D Kelly, Walter S. Kelly. (Goldman, Mark)

Dated: 8/19/19

                                                                                    Jeanne Naughton
                                                                                     Clerk, U.S. Bankruptcy Court