Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−24572−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nina C Boykin Jr.
   53 Rollinson Street
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−1980

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 26, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-24572-RG

Nina C Boykin, Jr.                                                                               Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 148 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina C Boykin, Jr., 53 Rollinson Street, West Orange, NJ 07052-4625 |
| sp | + | Gail Spence, 80 Main Street, # 335, West Orange, NJ 07052-5414 |
| intp | + | Herbert Raymond, 7 Glenwood Avenue, East Orange, NJ 07017-1041 |
| 518374393 | + | Citibank, NA, Attn: Tenaglia & Hunt, PA, 395 West Passaic Street, Ste. 205, Rochelle Park, NJ 07662-3016 |
| 518374399 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518374400 | + | EZ Pass, P0 Box 361315, Columbus, OH 43236-1315 |
| 518374401 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 518374402 | + | EZ Pass Violatons, PO Box 2449, Gig Harbor, WA 98335-4449 |
| 518374403 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518374398 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518496570 | + | FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518374405 | + | Imaging Consultants of Essex, P.A., Billing Service Center, 769 Northfield Avenue, Ste. 260, West Orange, NJ 07052-1141 |
| 518374406 | + | Imaging Consultants of Essex, P.A., PO Box 1733, Frederick, MD 21702-0733 |
| 518374411 | + | Loan Care, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518493626 | + | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518463058 | + | New York State Thruway Authority, as Governmental Unit/E-Z Pass New York, 200 Southern Blvd., Albany, NY 12209-2018 |
| 518374414 | + | Norman Boykin, 53 Rollinson Street, West Orange, NJ 07052-4625 |
| 518374426 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Ref: DC-007763-19), Parsippany, NJ 07054-5020 |
| 518374429 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 518817580 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518817581 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518374427 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518374428 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 518374431 | + | Tyvonne Boykin, 53 Rollinson Street, West Orange, NJ 07052-4625 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2020 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2020 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 27 2020 00:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518374389 | + | EDI: BANKAMER.COM | Oct 27 2020 00:13:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518374392 | + | EDI: CITICORP.COM | Oct 27 2020 00:13:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518499564 | | EDI: CITICORP.COM | Oct 27 2020 00:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518374394 | + | EDI: WFNNB.COM | Oct 27 2020 00:13:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518374395 | + | EDI: WFNNB.COM | Oct 27 2020 00:13:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518374396 | + | EDI: WFNNB.COM | Oct 27 2020 00:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518374397 | | EDI: CITICORP.COM | Oct 27 2020 00:13:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518490460 | | EDI: Q3G.COM | Oct 27 2020 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518374408 | | EDI: IRS.COM | Oct 27 2020 00:13:00 | Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 518444333 | | EDI: JEFFERSONCAP.COM | Oct 27 2020 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518374391 | | EDI: JPMORGANCHASE | Oct 27 2020 00:13:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 518374410 | | EDI: JEFFERSONCAP.COM | Oct 27 2020 00:13:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 518374413 | + | EDI: MID8.COM | Oct 27 2020 00:13:00 | Midland Funding, 2365 Northside Dr., Ste. 300, San Diego, CA 92108-2709 |
| 518462409 | + | EDI: MID8.COM | Oct 27 2020 00:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518374416 | + | Email/Text: bankruptcy@onlineis.com | Oct 26 2020 20:52:00 | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 518374424 | | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518490835 | | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery Associates, LLC, c/o Ashley Stewart, POB 41067, Norfolk VA 23541 |
| 518490833 | | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518374422 | + | EDI: RMSC.COM | Oct 27 2020 00:13:00 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518374421 | + | Email/Text: recovery@paypal.com | Oct 26 2020 20:50:00 | Paypal, PO Box 45950, Omaha, NE 68145-0950 |
| 518374423 | | EDI: RMSC.COM | Oct 27 2020 00:13:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518375923 | + | EDI: RMSC.COM | Oct 27 2020 00:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518374430 | + | EDI: RMSC.COM | Oct 27 2020 00:13:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 148 | Total Noticed: 50 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518374390 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518374409 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 518374407 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518374412 | *+ | Loan Care, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518462410 | *+ | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518374415 | *+ | Norman Boykin, 53 Rollinson Street, West Orange, NJ 07052-4625 |
| 518374417 | *+ | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 518374418 | *+ | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 518374419 | *+ | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 518374420 | *+ | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 518374425 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518374404 | ##+ | Greenspoon Marder, LLP, 100 Wood Avenue South, Ste. 207, Ref: F-009914-18), Iselin, NJ 08830-2716 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Interested Party Herbert Raymond herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Lauren Moyer | on behalf of Creditor LoanCare LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7