Order Filed on April 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

In Re:
  WALTER S. KELLY and IRIS D. KELLY

Case No.: 17-35622
Chapter: 13
Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on December 4, 2019:

Property:   419 Highland Avenue, Clifton, New Jersey 07011

Creditor:   PHH Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtors, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including June 30, 2020.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

2