UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019

In Re:

WALTER S. KELLY and IRIS D. KELLY

Order Filed on July 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35622

Chapter: 13

Judge: JKS

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on December 4, 2019____:

Property:    419 Highland Avenue, Clifton, New Jersey 07011

Creditor:    PHH Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtors_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including September 30, 2020_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev. 12/17/19