UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50778
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER S. KELLY
IRIS D. KELLY

Case No.: 17-35622

Adv. No.:

Hearing Date: 5-28-20

Judge: JKS

**ORDER FOR ADDITIONAL COUNSEL FEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 13, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Walter and Iris Kelly**
**17-35622(JKS)**
**Order For Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of nonpayment filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of David Beslow, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the holder of a first purchase money security interest encumbering a 2015 HONDA CR-V bearing vehicle identification number 2HKRM4H71FH654778 (hereinafter the "vehicle").

2. The debtors shall pay to American Honda Finance Corporation through the plan, an additional counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.